# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **IDEXX DISTRIBUTION, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | |
| **PET CARE VETERINARY CENTER,** | ) | **Docket No:** |
| **INC.** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

NOW COMES Plaintiff IDEXX Distribution, Inc. ("IDEXX Distribution") for its complaint against Defendant Pet Care Veterinary Center, Inc. ("Pet Care") and states as follows:

## PARTIES

1.    Plaintiff IDEXX Distribution, Inc. is a Massachusetts corporation registered to do business in the State of Maine with a principal place of business at One IDEXX Dr., Westbrook, Maine 04092.  IDEXX Distribution operates some of its laboratory business under the name IDEXX Reference Laboratories.  IDEXX Distribution is an affiliate of IDEXX Laboratories, Inc., a leader in diagnostics and information technology solutions for animal health and water and milk quality.

2.    Defendant Pet Care Veterinary Center, Inc. ("Pet Care") is a California non-profit corporation with a principal place of business at 2009 W Slauson Avenue, Los Angeles, CA 90047.  Upon information and belief, the entity has been administratively suspended.

## JURISDICTION AND VENUE

3.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) based on diversity of citizenship between Plaintiff and Defendant.  The amount in controversy, exclusive of interest and costs, exceeds $75,000, as specified by 28 U.S.C. § 1332(a).

4.      The Court has personal jurisdiction over Defendant and venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because Plaintiff has a principal place of business in this District and a substantial part of the events giving rise to the claims set forth occurred within this District.

## FACTUAL BACKGROUND

5.      On May 1, 2017, IDEXX Distribution and Pet Care entered into the "IDEXX Laboratory Diagnostic Agreement" (the "Agreement"), an agreement for veterinary laboratory products and services.

6.      The Agreement provides that from May 1, 2017, through the Agreement's end date of April 30, 2023, in exchange for a substantial discount off of list price, an upfront award of 100,000 IDEXX "Points" and volume rebates, Pet Care will use IDEXX for at least 90% of its annual reference laboratory services and will purchase at least $95,055 annually, $7,921 monthly, (the "Annual Minimum Purchase Amount") of qualifying diagnostic products and services from IDEXX.

7.      Reference laboratory services are those in which a specimen is sent, or "referred," to an outside laboratory for analysis.

8.      One IDEXX "Point" has a value of one dollar and can be used toward qualifying IDEXX products and services.

9.      The Agreement provides that the Annual Minimum Purchase Amount "is calculated net of taxes, shipping, allowances, credits and discounts."

10.     As of in or around February 2019, contrary to the Agreement, Pet Care has substantially stopped using IDEXX's reference laboratory services and has otherwise failed to purchase qualifying diagnostic products and services at the minimum purchase amount.

11.     Based on the Annual Minimum Purchase Amount over the remaining term of the Agreement, IDEXX's lost profits as a result of Pet Care's breach are at least $282,780.  Based on Pet Care's actual historic purchasing levels and the exclusivity provision of the Agreement, however, IDEXX estimates that its lost profits are actually higher.

12.     Additionally, pursuant to the Agreement, upon Pet Care's breach, IDEXX is entitled, among other remedies, to repayment of all upfront points, discounts and rebates paid by IDEXX to Pet Care and to its attorneys' fees.

## COUNT I – BREACH OF CONTRACT

13.     Plaintiff repeats and restates the allegations contained in paragraphs 1 through 12 of this Complaint as if set forth in full.

14.     IDEXX and Pet Care entered into a binding, enforceable Laboratory Diagnostic Agreement by which IDEXX agreed to provide Pet Care with substantial discounts, upfront IDEXX "Points" and volume rebates in exchange for Pet Care's agreement to exclusively use IDEXX laboratories (at a level of 90%) for its reference laboratory services and to purchase reference laboratory services and other qualifying diagnostic products at agreed-to levels for a period of six years.

15.     Pet Care breached the Agreement by failing to exclusively use IDEXX reference laboratory services and failing to meet its minimum purchasing requirements.

16.     As a result of Pet Care's breach, IDEXX has suffered and continues to suffer substantial harm.

17.     All conditions precedent to the maintenance of this action have been met.

WHEREFORE, Plaintiff IDEXX Distribution, Inc. requests entry of judgment against Defendant Pet Care Veterinary Center, Inc. for all damages, costs, and attorneys fees, and such other and further relief this Court deems just and reasonable.

Dated:   July 20, 2020

 /s/ Adrianne E. Fouts
Adrianne E. Fouts

Attorney for Plaintiff

Drummond Woodsum & MacMahon
84 Marginal Way, Suite 600
Portland, Maine 04101
Tel: (207) 772-1941
Fax: (207) 772-3627
afouts@dwmlaw.com